THE STATE EX REL. KELSEY-HAYES COMPANY, APPELLANT,
*v.* HEINLEN ET AL., APPELLEES.

[Cite as *State ex rel. Kelsey–Hayes Co. v. Heinlen,*
**112 Ohio St.3d 101, 2006-Ohio-6508.**]

(No. 2006–0569—Submitted November 15, 2006—Decided December 27, 2006.)

---

**Per Curiam.**

{¶ 1} Appellant, citing *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256, has asked us to overrule *State ex rel. Thomas v. Indus. Comm.,* 97 Ohio St.3d 37, 2002-Ohio-5306, 776 N.E.2d 62. We declined an identical invitation in *State ex rel. Internatl. Paper v. Trucinski,* 106 Ohio St.3d 203, 2005-Ohio-4557, 833 N.E.2d 728. Accordingly, for the same reasons set forth

in *Trucinski,* we again decline the invitation. The judgment of the court of appeals is affirmed.

Judgment affirmed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Squire, Sanders & Dempsey, L.L.P., William Michael Hanna, and Greta M. Kearns, for appellant.

Heinzerling & Goodman, L.L.C., and Jonathan H. Goodman, for appellee Rosalinda Heinlen.

Jim Petro, Attorney General, and Douglas R. Unver, Assistant Attorney General, for appellee Industrial Commission.